No. 76–6482. ARCHIE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 76–6492. CHIARELLO v. FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 76–6498. VENNER v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 76–6499. TATUM v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 76–6505. LOMBARDO v. HANDLER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–6509. HURST v. FIKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 76–6531. RAITPORT v. GENERAL MOTORS CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–6574. RIXNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6580. BODEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6598. PADILLA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–6614. STEWART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6619. FRANCOEUR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6620. MOSES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6625. GHALAYINI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.